# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140603 (49)(50)


PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

RANDALL LEE DOWDY,
        Defendant-Appellee.
_____

SC: 140603
COA: 287689
Ingham CC: 08-000249-FH


On order of the Chief Justice, the motion by the Attorney General for leave to participate in oral argument is considered and it is GRANTED. The Attorney General may, following the arguments of the parties, present oral argument limited to five minutes.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2010

_____
Clerk